## JACK DARWIN V. THE STATE.

No. 18285.   Delivered May 13, 1936.
Rehearing Denied June 17, 1936.

The opinion states the case.

*H. S. Beard,* of Waco, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for robbery, punishment being five years in the penitentiary.

On the night of August 22d, 1935, A. W. Thompson and a friend went to a road house near Waco some time after twelve o'clock. Thompson had been drinking and continued to drink after his arrival at the road house. He exhibited his money, about $160.00. When the house closed for the night Thompson started towards his car. He testified that appellant then struck him several times and took his money. Another State's witness testified that Thompson started a fight with appellant and that it was during such fight appellant took the money from Thompson and handed it to a girl who was present.

No bills of exception are brought forward. The evidence

was sufficient to support the jury's finding that appellant assaulted and robbed Thompson. Bryant v. State, 122 Texas Crim. Rep., 385, 55 S. W. (2d) 1037.

The judgment is affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

KRUEGER, JUDGE.—In his motion for rehearing appellant renews his contention that the evidence is insufficient to justify his conviction. A careful review of the record has failed to convince us that we were in error in holding in our original opinion that the evidence was sufficient. Hence the motion for rehearing is overruled.

*Overruled.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.